RECEIVED
IN LAKE CHARLES, LA

MAR - 6 2013

TONY R. MOORE, CLERK
BY _____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

ALLEN BRIDGET, SR.                     CIVIL ACTION NO. 2:11-cv-424
#191215                                SECTION P

VS.                                    JUDGE PATRICIA MINALDI

JOHN CRAWFORD                          MAGISTRATE JUDGE KATHLEEN KAY

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the

Report and Recommendation [Doc. 14] of the Magistrate Judge previously filed herein, these

findings and conclusions are accepted.  Alternatively, this court concludes that the proposed

findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the plaintiff's civil rights complaint be **DISMISSED**  in

accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

Lake Charles, Louisiana, on this ____4____ day of _____March_____, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE